

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Scott Cole

Plaintiff,

v.

Volvo Group North America, LLC

Defendant.

Case No.: _____MJM__ 25 CV3219

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Plaintiff, Scott Cole, by and through this Complaint, brings claims for unlawful employment discrimination against Defendant Volvo Group North America, LLC, and alleges as follows:

## I. JURISDICTION AND VENUE

This Court has subject matter jurisdiction under 28 U.S.C. § 1331 as this case arises under the ADA and ADEA. Venue is proper because the employment practices occurred in Maryland. Plaintiff exhausted EEOC remedies and received a Right-to-Sue Notice on July 10, 2025.

## II. PARTIES

Plaintiff Scott Cole is a resident of Pennsylvania and was employed by Defendant in Hagerstown, MD. Defendant Volvo Group North America, LLC is an employer under the ADA and ADEA.

## III. FACTS

- Plaintiff worked for Volvo from 1999 until termination in 2024 (25 years).

- Plaintiff had a 2001 workplace accident causing permanent back injury, neuropathy, and nerve damage. He won workers' compensation and continues regular medical treatment.

- Despite his disability, he could perform job duties.

- Plaintiff was 53 years old when terminated.

- In September 2024, Plaintiff's supervisor Steve Hines approved his vacation request, confirmed in writing to HR. Upon returning, Plaintiff was fired for "taking unauthorized leave."

- Plaintiff was not subject to progressive discipline and similarly-situated non-disabled and younger employees were not fired under similar circumstances.

- Volvo grants leaves of absence to others but did not offer that option to Plaintiff.

IV. CLAIMS

Count I: ADA Disability Discrimination

Count II: ADEA Age Discrimination

Count III: Retaliation

V. RELIEF

Plaintiff seeks reinstatement, back pay, compensatory and liquidated damages, attorney's fees, and other just relief.

JURY DEMAND: Plaintiff demands trial by jury.

Respectfully submitted,

Scott Cole

Scott Cole

226 W 6th St, Waynesboro, PA 17268

301-331-4528

Pro Se Plaintiff